IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARZAN WILLIAMS, | No. 4:24-CV-02005 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BETH RICKARD, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of March 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to terminate defendant the United States Marshals Service Justice Prisoner and Alien Transportation System (JPATS).

3. Within 21 days of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum.

4. If no amended complaint is timely filed, dismissal of Plaintiff's complaint will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge